# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| LONZELL ALBERT HUNTER | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:26-CV-3406-S-BT |
| | § | |
| THE UNITED STATES OF AMERICA | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

By separate judgment, Plaintiff Lonzell Albert Hunter's case will be **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. Further, for the reasons stated in the Magistrate Judge's Findings, Conclusions, and Recommendation, Plaintiff's motion for restraining orders [ECF No. 5] and motion for a pathway to renunciation of U.S. citizenship [ECF No. 7] are **DENIED**. Plaintiff's motion for a change of venue [ECF No. 10], which was docketed after the United States Magistrate Judge issued her recommendation, is also **DENIED AS MOOT** because this case is being dismissed.

Finally, the Court **WARNS** Plaintiff that if he persists in filing frivolous or baseless lawsuits, or suits over which subject matter jurisdiction is lacking, the Court may impose monetary sanctions, bar him from bringing any new action, or subject him to other sanctions the Court finds

appropriate. *See* FED. R. CIV. P. 11(b)(2), (c)(1).

**SO ORDERED.**

SIGNED November 16, 2026.

**UNITED STATES DISTRICT JUDGE**